1 | BRIAN J. STRETCH (CABN 163973)
United States Attorney

2

3 | BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

4 | JEROME MAYER-CANTÚ (CABN 291623)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7301

7 | Fascimile: (415) 436-7234
jerome.mayer-cantu@usdoj.gov

8

Attorneys for the United States of America

9

**FILED**

DEC 8 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:16-CR-00200 (WHO) |
| Plaintiff, | **JOINT STIPULATIONS AND WAIVERS FOR BENCH TRIAL** |
| v. | Date: ~~November 10, 2016~~ Dec. 8, 2016 |
| DARRELL LUCKETT, JR., | Time: 1:30 p.m. |
| Defendant. | Court: The Hon. William H. Orrick |

STIPULATIONS AND WAIVERS REGARDING BENCH TRIAL
CR NO. 16-00200 (WHO)

The parties respectfully submit the following stipulations and waivers in anticipation of a bench trial before this Court on November 10, 2016.

## I. WAIVER OF RIGHTS

1. Pursuant to Federal Rule of Criminal Procedure 23, Luckett waives his right to a jury trial and the government consents to have the Court conduct the trial in this case.

2. Luckett waives his right to testify, to cross-examine witnesses called by the government, and to call witnesses on his own behalf.

3. The parties agree that the Court can rely on the declarations submitted at the motions hearing on September 1, 2016, and the stipulations below to decide whether Luckett is guilty or not guilty of the charges, and they submit the matter for decision by the Court on that basis.

## II. FACTUAL STIPULATIONS[1]

1. If called to testify at trial, Officer Cunnie of the San Francisco Police Department would testify as follows:

   a. Officer Cunnie first encountered Luckett in the summer of 2015. Officer Cunnie had reviewed Luckett's criminal history at some point in the summer of 2015, and Officer Cunnie knew that Luckett was serving a term of probation with a search condition.

   b. On March 20, 2016, Officer Cunnie was patrolling the Tenderloin area of San Francisco, California, near the intersection of Turk Street and Leavenworth Street. Officer Cunnie and his partner, Officer Steve Orengo, were in full police uniform, and they were driving a marked police car.

   c. The officers were driving west on Turk Street, moving at approximately 10 miles per hour, when Officer Cunnie saw Luckett walking east towards them. When Luckett saw the police car, he stopped, turned around, and started walking away. The officers then saw Luckett enter a liquor store.

---

[1] The parties agree to a bench trial and stipulate to the facts described below. The parties enter into these stipulations with the understanding that Luckett is not rendering moot his right to appeal the denial of his motion to suppress, and not waiving his objection to the introduction of the evidence that he argued should be suppressed. *United States v. Larson*, 302 F.3d 1016, 1020 (9th Cir. 2002) (stating that appeal after a bench trial by stipulated facts not moot if the stipulations merely describe evidence the government intended to introduce at trial).

1

STIPULATIONS AND WAIVERS REGARDING BENCH TRIAL
CR NO. 16-00200 (WHO)

    d. The officers circled around the block, and when they returned they saw Luckett heading east on Turk Street again. Luckett again started to pick up speed and twisted his body away from the officers.

    e. Officer Cunnie asked Luckett to stop so they could talk, but Luckett continued walking. Officer Cunnie then told Luckett that he was being detained, but Luckett ignored him again.

    f. The officers then caught up to Luckett, stopped him, and tried to pat him down. Luckett resisted, so the officers forced him to the ground and patted down the exterior of his clothing.

    g. Officer Cunnie felt a hard, barrel-shaped object under Luckett's sweatshirt. Cunnie lifted up the sweatshirt and saw that Luckett was carrying a handbag by his right hip. Inside the handbag, Officer Cunnie found a Colt .45 pistol, Model 1911, bearing serial number 2303752. The gun was loaded with various rounds of ammunition. The gun also bore the engraving: "United States property." Luckett was arrested.

    h. In a post-arrest interview, Luckett waived his *Miranda* rights and told Officer Cunnie that he was carrying the firearm.

2. The parties stipulate that Luckett sustained a felony conviction in 2013 for a violation of Section 459 of the California Penal Code, which was punishable by more than one year of imprisonment.

3. The parties stipulate that that the Colt .45 pistol, Model 1911, bearing serial number 2303752, was manufactured outside the State of California, and therefore traveled in interstate commerce before being found in San Francisco, California on March 20, 2016.

//
//
//
//
//

4. The parties stipulate that the firearm and the recording of Luckett's post-arrest interview described above are deemed admitted into evidence for the purpose of this bench trial, subject to Luckett's objection noted above.

IT IS SO STIPULATED.

BRIAN J. STRETCH
United States Attorney

Dated: ~~November 10,~~ Dec. 8, 2016

_____
JEROME MAYER-CANTÚ
Assistant United States Attorney

Dated: ~~November 10,~~ Dec. 8, 2016

_____
DARRELL LUCKETT, JR.
Defendant

Dated: ~~November 10,~~ Dec. 8, 2016

_____
GEOFFREY HANSEN
Attorney for Defendant